*Mac Donald De Witt* for appellant.

*John J. O'Leary* and *John F. Heffernan* for respondent.

Judgment affirmed, with costs: Held: Errors, if any, presented by proper objection and exception did not prejudice the substantial rights of defendant.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and LEHMAN, JJ.   Absent: ANDREWS, J.

---

JOHN H. GILES DYEING MACHINE COMPANY, Appellant, *v.* KLAUDER-WELDON DYEING MACHINE COMPANY et al., Respondents.

*Corporations — directors — action to compel directors to pay value of corporate property alleged to have been lost through their neglect or violation of duties.*

*Giles Dyeing Machine Co.* v. *Klauder-Weldon D. M. Co.*, 212 App. Div. 771, affirmed.

(Argued May 12, 1926; decided June 8, 1926.)

APPEAL from a judgment, entered May 25, 1925, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was brought under sections 90 and 91 of the General Corporation Law to compel the directors of defendant corporation to pay the value of corporate property alleged to have been lost or wasted through neglect or violation of their duties. The gist of the plaintiff's claim was that the individual directors of defendant corporation, while it was a solvent and going concern and able to pay all its indebtedness, transferred all its property and assets to a Pennsylvania corporation which they caused to be brought into existence and despoiled the corporation of its property and assets in violation of their duties; that they acquired for themselves and transferred to others the assets and property of defendant corporation and the proceeds of said sale and transfer and reserved nothing for the payment of the corporate creditors. The main defenses were, that

the transfer was made with the knowledge and consent of the plaintiff; that the individual directors had not acquired for themselves, distributed to others or lost or wasted the assets of the defendant corporation; that the Pennsylvania corporation was solvent and assumed the debts of the New York corporation as consideration for the transfer; that there was no conspiracy or fraud and that the transfer was made pursuant to section 16 of the Stock Corporation Law.

*J. H. Dealy* for appellant.
*Aaron C. Thayer* and *Holland S. Duell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CARDOZO, POUND, MCLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

In the Matter of the Accounting of FREDERICK F. SCHUMMERS et al., as Executors of FRANC C. SCHUMMERS, Deceased, Respondents.

MARGRETA S. VAN WAGNEN, as Executrix, et al., Appellants; ISAAC A. ROSA, as Administrator of the Estate of H. IRMA S. ROSA, Deceased, Respondent.

*Executors and administrators — accounting — alleged improper credit of expenditures.*

*Matter of Schummers*, 210 App. Div. 296, affirmed.
(Argued May 24, 1926; decided June 8, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 24, 1924, which modified and affirmed as modified a decree of the Monroe County Surrogate's Court surcharging the accounts of the executors of Franc C. Schummers, deceased. The appellants contended that the executors had been improperly credited with expenditures made contrary to the provisions of the will and alleged to have been made but unproved.

*Basil Robillard* for appellants.
*Clyde W. Knapp* for respondents.